Commonwealth *v.* Ferenc, Appellant.

Submitted June 14,
1971. *John M. Ferenc,* appellant, in propria persona;
*Stewart J. Greenleaf,* Assistant District Attorney, *William T. Nicholas,* Executive Assistant District Attorney, *Parker H. Wilson,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Freeland, Appellant.

Argued June
16, 1971. *Lewis H. Markowitz,* with him *Michael J. Brillhart,* and *Markowitz, Kagen and Griffith,* for appellant; *J. Patrick Clark,* First Assistant District Attorney, and *Harold N. Fitzkee, Jr.,* District Attorney, submitted a brief, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.

Commonwealth *v.* Gablein, Appellant.

Submitted June 14, 1971.
*John H. Neeson, Jr.,* for appellant; *Peter S. Greenberg* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Ar-*

*len* Specter, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Order and judgment of sentence of the court below vacated and the record remanded for reinstatement of the suspended sentence on Indictment No. 201, October Term, 1968. *Commonwealth v. Allen,* 443 Pa. 96, 277 A. 2d 803 (1971).

## Commonwealth *v.* Gibbs, Appellant.

Submitted December 11, 1970. *Eric L. Lilian,* for appellant; *Norris Gelman* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Gittlemacker, Appellant.

Submitted June 16, 1971. *Richard M. Lovenwirth,* Assistant Public Defender, for appellant; *Stewart J. Greenleaf,* Assistant District Attorney, *William T. Nicholas,* Executive Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Order affirmed.

SPAULDING, J., absent.

## Commonwealth *v.* Golson, Appellant.